UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, ET AL.,

    Plaintiffs,

        v.                        Civil Action No.  06-740 (JDB)

SANDERLING, INC., ET AL.,

    Defendants.

## ORDER

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within one hundred and twenty (120) days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.  More than one hundred and twenty days have passed since the filing of the complaint and the issuance of summonses in this civil action on April 24, 2006, and it does not appear from the record that either of the defendants have been served.  Accordingly, it is this 25th day of August, 2006, hereby

**ORDERED** that plaintiffs shall, by not later than September 11, 2006, either (1) file with the Court proof that each defendant has been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed.  If plaintiffs fail to comply with this Order or if the Court determines that plaintiffs have not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Barbara E. Locklin
UMWA HEALTH & RETIREMENT FUNDS
2121 K Street, NW
Washington, DC 20037
Email: blocklin@umwafunds.org

*Counsel for plaintiffs*