IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al. as
Trustees of the UMWA 1974 PENSION
TRUST,

              Plaintiffs,

v.

SANDERLING INCORPORATED, et al.

              Defendants.

Civil Action No. 1:06CV00740
Judge John D. Bates

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

1.    I am an Attorney Assistant for the Office of General Counsel Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.    On Monday April 24, 2006, pursuant to Fed. R. Civ. P.4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summons and Complaint in this action were mailed to Sanderling Incorporated f/k/a Mon View Acquisition Corporation; and Mining and Tunneling Equipment & Services, Inc., by certified mail to:

> Sanderling Incorporated
>   f/k/a Mon View Acquisition Corporation
> 5311 Progress Blvd
> Bethel Park, PA  15102

> and

> Mining and Tunneling Equipment & Services, Inc.
> 3040 Industrial Blvd
> Bethel Park, PA  15102

Service was not accomplished and the mail was returned on Tuesday May 2, 2006. The unsigned receipts are attached to this Affidavit as Exhibit A.

3. On Tuesday May 2, 2006, copies of Summons and Complaint in this action were mailed to Ralph A. Finizio, Esquire, local counsel for service:

> Pepper Hamilton, LLP
> One Mellon Bank Center, 50th Floor
> 500 Grant Street
> Pittsburgh, PA  15219-2502

4. On Tuesday May 9, 2006, pursuant to Fed. R. Civ. P.4(h)(1), a copy of the Summons and Complaint in this action was served personally upon John W. Hatch, Chief Executive Officer for the defendant, Sanderling Incorporated at:

> John W. Hatch
> 740 Rolling Green Dr.
> Bethel Park, PA  15102

Service was accomplished on Tuesday May 9, 2006. The Return of Service on back of the Summons is attached and signed by process server, Marshall Globicki, to this Affidavit as Exhibit B.

5. On Tuesday May 9, 2006, pursuant to Fed. R. Civ. P.4(h)(1), a copy of the Summons and Complaint in this action was served personally upon John W. Hatch, Chief Executive Officer for the defendant, Mining and Tunneling Equipment & Services, Inc. at:

> John W. Hatch
> 1740 Rolling Green Dr.
> Bethel Park, PA  15102

Service was accomplished on Tuesday May 9, 2006. The Return of Service on back of the Summons is attached and signed by process server, Marshall Globicki, to this Affidavit as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

*Lynn Crank*
Lynn Crank
Attorney Assistant

UMWA Health & Retirement Funds
Office of General Counsel
2121 K Street NW Suite 350
Washington, DC 20021
Telephone: (202) 521-2238

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 11th DAY

OF SEPTEMBER, 2006

_____
NOTARY PUBLIC

**Annette Hargis**
Notary Public, District of Columbia
My Commission Expires 10-14-2007

MY COMMISSION EXPIRES _____ .

P:\PMWIN\PUBLIC\CORR\LCRANK\18648\197000711.doc

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I served the foregoing Affidavit of Service by Process Server via United States Mail, First Class, Postage Prepaid, to the following individuals:

John W. Hatch, CEO
Sanderling Incorporated
f/k/a Mon View Acquisition Corporation
740 Rolling Green Dr.
Bethel Park, PA  15102

John W. Hatch, CEO
Mining and Tunneling Equipment & Services, Inc.
1740 Rolling Green Dr.
Bethel Park, PA  15102

*B. E. Locklin*
Barbara E. Locklin
Assistant General Counsel
D.C. Bar No. 420503