







- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SANDERLING INCORPORATED f/k/a
MON VIEW ACQUISITION CORPORATION
5311 PROGRESS BLVD
BETHEL PARK PA 15102

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from   7002 2030 0006 7778 6292

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7002 2030 0006 7778 6292

FIRST CLASS MAIL

RECEIVED
MAY 02 2003
OFFICE OF THE
GENERAL COUNSEL

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

SANDERLING INCORPORATED f/k/a MON VIEW
ACQUISITION CORPORATION
5311 PROGRESS BLVD
BETHEL PARK PA 15102

UMWA HEALTH AND RETIREMENT FUNDS
2121 K STREET, NW
WASHINGTON, DC 20037

$5.62 U.S. POSTAGE
PB METER 7115195
WASHINGTON DC
APR 24 '06

UMWA HEALTH AND RETIREMENT FUNDS
2121 K STREET, NW
WASHINGTON, DC 20037

FIRST CLASS MAIL

APR 24 '06
PB METER
7115195
$5.62
U.S. POSTAGE

7002 2030 0006 7778

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MINING AND TUNNELING EQUIPMENT
& SERVICES, INC.
3040 INDUSTRIAL BLVD
BETHEL PARK PA 15102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 2030 0006 7778 6308

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

#PM #3522   Mon View/Sandra Finn

INC
3040 INDUSTRIAL BLVD
BETHEL PARK PA 15102