
7002 2030 0006 7778 6292

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

1. Article Addressed to:

SANDERLING INCORPORATED f/k/a
MON VIEW ACQUISITION CORPORATION
5311 PROGRESS BLVD
BETHEL PARK PA 15102

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7002 2030 0006 7778 6292

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540


$5.62 U.S. POSTAGE
PB METER 7115195
WASHINGTON DC APR 24 '06


RECEIVED FIRST CLASS MAIL
MAY 02 2006
OFFICE OF THE
GENERAL COUNSEL


NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

SANDERLING INCORPORATED f/k/a MON VIEW
ACQUISITION CORPORATION
5311 PROGRESS BLVD
BETHEL PARK PA 15102


UMWA HEALTH AND RETIREMENT FUNDS
2121 K STREET, NW
WASHINGTON, DC 20037






UMWA HEALTH AND RETIREMENT FUNDS
2121 K STREET, NW
WASHINGTON, DC 20037

WASHINGTON D.C. APR 24 '06
$5.62 U.S. POSTAGE
PB METER 7115195

7002 2030 0006 7778

FIRST CLASS MAIL

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MINING AND TUNNELING EQUIPMENT & SERVICES, INC.
3040 INDUSTRIAL BLVD
BETHEL PARK PA 15102

*PM #3522    Mon View/Sandra Imm

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X                              □ Agent
                               □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
☒ Certified Mail    □ Express Mail
□ Registered        □ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Transfer from service label)
7002 2030 0006 7778 6308

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

INC
3040 INDUSTRIAL BLVD
BETHEL PARK PA 15102

7002 2030 0006 7778