AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MAY 9, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| MARSHALL GLOBICKI | LICENSED PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the defendant. Place where served: JOHN W. HATCH  AT 740 ROLLING
 GREEN DR. BETHEL PARK PA 15102.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

# STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

# DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 9, 2006       *Marshall Globicki*
               Date         *Signature of Server*

           PO BOX 118
           PRESTO PA 15142
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

RECEIVED

MAY

OFFICE OF THE
GENERAL COUNSEL 2006

OFFICE OF THE
GENERAL COUNSEL

FOR THE     District of     COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
B.V. HYLER and STEVEN F. SCHAAB as Trustees of
the UNITED MINE WORKERS OF AMERICA 1974 PENSION
TRUST
V.

SANDERLING INCORPORATED f/k/a MON VIEW
ACQUISITION CORPORATION, and
MINING AND TUNNELING EQUIPMENT & SERVICES,
INC.

**SUMMONS IN A CIVIL CASE**

RECEIVED

MAY 12 2006

OFFICE OF THE
GENERAL COUNSEL

CASE N'

CASE NUMBER  1:06CV00740

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employmen

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)

SANDERLING INCORPORATED f/k/a MON VIEW ACQUISITION CORPORATION
5311 Progress Blvd
Bethel Park, PA  15102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BARBARA E. LOCKLIN, ASSISTANT GENERAL COUNSEL
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street NW  Suite 350
Washington, D.C.  20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

APR 24 2006

CLERK                                          DATE

(By) DEPUTY CLERK  Maureen Higgins