IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>Plaintiffs,<br>v.<br><br>SANDERLING INCORPORATED f/k/a MON VIEW ACQUISITION CORPORATION and MINING AND TUNNELING EQUIPMENT & SERVICES, INC.<br><br>Defendants. | Civil Action No. 1:06-CV-00740 (JDB) |

## APPLICATION FOR ENTRY OF DEFAULT

I hereby certify, this 14th day of September, 2006, that I am counsel of record for the Plaintiffs in the above-entitled action; that Defendants Sanderling Incorporated f/k/a Mon View Acquisition Corporation, and Mining and Tunneling Equipment & Services, Inc. were served via a licensed private detective pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure and Rule 4(c)(3) of the Superior Court of the District of Columbia on May 9, 2006, and that proof of service was filed with the Court on September 11, 2006 by Affidavit of Service by Certified Mail, a copy of which is attached as Exhibit A. I further certify that no formal appearance has been entered by Defendants Sanderling Incorporated f/k/a Mon View Acquisition Corporation, and Mining and Tunneling Equipment & Services, Inc.; that the time within which Defendants may answer or otherwise respond to the Complaint has expired; that Defendants Sanderling Incorporated f/k/a Mon View Acquisition Corporation, and Mining and Tunneling Equipment & Services, Inc. have not filed pleadings in this matter and no pleadings have been served upon

Plaintiffs' attorneys; and that this Court has jurisdiction over Defendants, and venue properly lies in this Court, pursuant to 29 U.S.C. §§ 1132 and 1451.

The Clerk is requested to enter a Default against Defendants Sanderling Incorporated f/k/a Mon View Acquisition Corporation, and Mining and Tunneling Equipment & Services, Inc.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*B. E. Locklin*
Barbara E. Locklin
Assistant General Counsel
D.C. Bar No. 420503

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W. Suite 350
Washington, D.C. 20037
Telephone: 202-521-2238

Attorneys for Plaintiffs

Executed on ____9/14/06____

197012101.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I served the foregoing Application for Entry of Default and proposed Default via United States Mail, First Class, Postage Prepaid, to the following individuals:

    Sanderling, Incorporated f/k/a Mon View Acquisition Corporation
    John W. Hatch CEO
    740 Rolling Green Dr.
    Bethel Park, PA 15102

    Minining and Tunneling Equipment & Services, Inc.
    John W. Hatch CEO
    1740 Rolling Green Dri.
    Bethel Park, PA 15102

                                        */s/ B.E. Locklin*
                                        Barbara E. Locklin
                                        Assistant General Counsel
                                        D.C. Bar No. 420503