IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al. as
Trustees of the UMWA 1974 PENSION
TRUST,

          Plaintiffs,

v.

SANDERLING INCORPORATED, et al.

          Defendants.

Civil Action No. 1:06CV00740
Judge John D. Bates

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

1.    I am an Attorney Assistant for the Office of General Counsel Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.    On Monday April 24, 2006, pursuant to Fed. R. Civ. P.4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summons and Complaint in this action were mailed to Sanderling Incorporated f/k/a Mon View Acquisition Corporation; and Mining and Tunneling Equipment & Services, Inc., by certified mail to:

>Sanderling Incorporated
>  f/k/a Mon View Acquisition Corporation
>5311 Progress Blvd
>Bethel Park, PA  15102

>and

>Mining and Tunneling Equipment & Services, Inc.
>3040 Industrial Blvd
>Bethel Park, PA  15102

Service was not accomplished and the mail was returned on Tuesday May 2, 2006. The unsigned receipts are attached to this Affidavit as Exhibit A.

3.	On Tuesday May 2, 2006, copies of Summons and Complaint in this action were mailed to Ralph A. Finizio, Esquire, local counsel for service:

>	Pepper Hamilton, LLP
>	One Mellon Bank Center, 50th Floor
>	500 Grant Street
>	Pittsburgh, PA  15219-2502

4.	On Tuesday May 9, 2006, pursuant to Fed. R. Civ. P.4(h)(1), a copy of the Summons and Complaint in this action was served personally upon John W. Hatch, Chief Executive Officer for the defendant, Sanderling Incorporated at:

>	John W. Hatch
>	740 Rolling Green Dr.
>	Bethel Park, PA  15102

Service was accomplished on Tuesday May 9, 2006. The Return of Service on back of the Summons is attached and signed by process server, Marshall Globicki, to this Affidavit as Exhibit B.

5.	On Tuesday May 9, 2006, pursuant to Fed. R. Civ. P.4(h)(1), a copy of the Summons and Complaint in this action was served personally upon John W. Hatch, Chief Executive Officer for the defendant, Mining and Tunneling Equipment & Services, Inc. at:

>	John W. Hatch
>	1740 Rolling Green Dr.
>	Bethel Park, PA  15102

Service was accomplished on Tuesday May 9, 2006. The Return of Service on back of the Summons is attached and signed by process server, Marshall Globicki, to this Affidavit as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

*Lynn Crank*

Lynn Crank
Attorney Assistant

UMWA Health & Retirement Funds
Office of General Counsel
2121 K Street NW Suite 350
Washington, DC 20021
Telephone: (202) 521-2238

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 11th DAY

OF SEPTEMBER, 2006

_____
NOTARY PUBLIC

**Annette Hargis**
Notary Public, District of Columbia
My Commission Expires 10-14-2007

MY COMMISSION EXPIRES _____.

P:\PMWIN\PUBLIC\CORR\LCRANK\18648\197000711.doc

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I served the foregoing Affidavit of Service by Process Server via United States Mail, First Class, Postage Prepaid, to the following individuals:

John W. Hatch, CEO
Sanderling Incorporated
f/k/a Mon View Acquisition Corporation
740 Rolling Green Dr.
Bethel Park, PA  15102

John W. Hatch, CEO
Mining and Tunneling Equipment & Services, Inc.
1740 Rolling Green Dr.
Bethel Park, PA  15102

Barbara E. Locklin
Assistant General Counsel
D.C. Bar No. 420503

# EXHIBIT A










**EXHIBIT B**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: MAY 9, 2006 |
| NAME OF SERVER (PRINT): MARSHALL GLOBICKI | TITLE: LICENSED PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: JOHN W. HATCH AT 740 ROLLING GREEN DR. BETHEL PARK PA 15102.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 9, 2006
             Date

*Signature of Server:* [signature: Marshall Globicki]

PO BOX 118
PRESTO PA 15142
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE District of COLUMBIA

RECEIVED MAY 0 2 2006 OFFICE OF THE GENERAL COUNSEL
RECEIVED MAY 12 2006 OFFICE OF THE GENERAL COUNSEL

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
B.V. HYLER and STEVEN F. SCHAAB as Trustees of
the UNITED MINE WORKERS OF AMERICA 1974 PENSION
TRUST

V.

SANDERLING INCORPORATED f/k/a MON VIEW
ACQUISITION CORPORATION, and
MINING AND TUNNELING EQUIPMENT & SERVICES,
INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00740

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)

SANDERLING INCORPORATED f/k/a MON VIEW ACQUISITION CORPORATION
5311 Progress Blvd
Bethel Park, PA  15102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BARBARA E. LOCKLIN, ASSISTANT GENERAL COUNSEL
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street NW  Suite 350
Washington, D.C.  20037

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      APR 24 2006
CLERK                                                         DATE

_Maureen Higgins_
(By) DEPUTY CLERK

# EXHIBIT C

**EXHIBIT C**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | MAY 9, 2006 |
| NAME OF SERVER *(PRINT)* <br> MARSHALL GLOBICKI | TITLE <br> LICENSED PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: JOHN W. HATCH AT: 1740 ROLLING GREEN DR BETHEL PARK PA 15102.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 9, 2006
            Date

Signature of Server: *Marshall Globicki*

PO BOX 118
PRESTO PA 15142
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

**RECEIVED**
MAY 0 2 2006
OFFICE OF THE
GENERAL COUNSEL

# UNITED STATES DISTRICT COURT
## FOR THE District of COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER,
B.V. HYLER and STEVEN F. SCHAAB as Trustees of
the UNITED MINE WORKERS OF AMERICA 1974 PENSION
TRUST
V.
SANDERLING INCORPORATED f/k/a MON VIEW
ACQUISITION CORPORATION, and
MINING AND TUNNELING EQUIPMENT & SERVICES,
INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00740

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 04/24/2006

TO: (Name and address of Defendant)

MINING AND TUNNELING EQUIPMENT & SERVICES, INC.
3040 Industrial Blvd
Bethel Park, PA  15102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BARBARA E. LOCKLIN, ASSISTANT GENERAL COUNSEL
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street NW  Suite 350
Washington, D.C.  20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR 2 4 2006
CLERK                                DATE

(By) DEPUTY CLERK

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Michael H. Holland, et al.
      Plaintiff     )
                    )
         vs.        )     Civil Action No. 1:06-CV-00740 (JDB)
                    )
Sanderling Incorporated )
 f/k/a Mon View Acquisition Corporation )
                    )
Mining and Tunneling Equipment & Services, Inc.
      Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____9th_____ day of _____May_____, _____2006_____, and an affidavit on behalf of the plaintiff(s) having been filed, it is this _____ day of _____, _____ declared that Sanderling Incorporated f/k/a Mon View Acquisition Corporation and Mining and Tunneling Equipment & Services, Inc.

defendant (s) herein ⊠ (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
    Deputy Clerk