IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>          Plaintiffs,<br>    v.<br>SANDERLING INCORPORATED f/k/a MON VIEW ACQUISITION CORPORATION and MINING AND TUNNELING EQUIPMENT & SERVICES, INC.<br>          Defendants. | Civil Action No. 1:06-CV-00740-JDB |

## ORDER OF DEFAULT AND JUDGMENT

In this action, the Defendants, Sanderling, Incorporated f/k/a Mon View Acquisition Corporation ("Sanderling") and Mining and Tunneling Equipment & Services, Inc. ("MATES") both corporations, having been regularly served with the Summons and Complaint, and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, and the default of the said Defendants, Sanderling and MATES, having been duly entered according to law; upon the application of said Plaintiffs, and upon all papers filed herein and the evidence adduced thereby, judgment is hereby entered against said Defendants in accordance with the prayer of Complaint.

WHEREFORE, by virtue of 29 U.S.C. §§ 1132(g) and 1451(b) and by reason of the premises aforesaid,

It is ORDERED, ADJUDGED and DECREED that the said Plaintiffs do have and recover from said Defendants:

| | | |
|---|---|---|
| (a) | withdrawal liability of | $1,999,453.22 |
| (b) | prejudgment interest calculated at PBGC rates and in accordance with the Affidavit of Dale R. Stover through September 22, 2006 of | $ 316,817.36 |
| (c) | additional prejudgment interest accrued from September 23, 2006 through the date of this Order at the rate of $437.88 per diem of | $_____ |
| (d) | liquidated damages of twenty percent (20%) of the unpaid withdrawal liability, of | $ 399,890.64 |
| (e) | plus additional liquidated damages equal to prejudgment interest accrued from September 23, 2006 at the rate of $437.88 per diem of | $_____ |
| (f) | attorneys' fees and costs of | $     1,029.16 |
| (b) | for a TOTAL JUDGMENT AMOUNT | $_____ |

and that the Plaintiffs have execution therefore against the Defendants, Sanderling and MATES.

_____
UNITED STATES DISTRICT JUDGE


_____
DATE

cc:    Larry D. Newsome, Associate General Counsel
       Barbara E. Locklin, Assistant General Counsel
       UMWA Health & Retirement Funds

Office of the General Counsel
2121 K Street, NW, Suite 350
Washington, DC  20037


John W. Hatch, CEO
Sanderling Incorporated
740 Rolling Green Dr.
Bethel Park, PA  15102

John W. Hatch, CEO
Mining and Tunneling Equipment & Services, Inc.
1740 Rolling Green Dr.
Bethel Park, PA  15102

197012321.doc